FILED
CLERK
4/6/2020 12:54 pm
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

  -against-

TOWN OF OYSTER BAY, NEW YORK and
JOHN VENDITTO,

                Defendant.

------------------------------------------------------------------------x

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

17-CV-06809 (JMA)

ECF Case

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Securities and Exchange Commission (the "Commission"), through its undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against Defendant John Venditto, who passed away on March 17, 2020.

Dated:    New York, New York
            April 3, 2020

The Clerk of the Court is directed to close this case.
SO ORDERED.
/s/ JMA, USDJ
4/6/2020

s/ Alexander M. Vasilescu
Alexander M. Vasilescu
Alison R. Levine
Ladan F. Stewart
SECURITIES AND EXCHANGE COMMISSION
New York Regional Office
Brookfield Place
200 Vesey Street, Suite 400
New York, New York 10281
*Counsel to Plaintiff*
*Securities and Exchange Commission*